### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA M. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. CIV-12-0817-HE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff Maria M. Adams instituted this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for supplemental security income payments on behalf of her minor child. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Suzanne Mitchell, who recommends that the decision be reversed and the matter remanded for further proceedings. Objections to the magistrate judge's recommendation were due by August 15, 2013.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court adopts Magistrate Judge Mitchell's Report and

Recommendation [Doc. #17], **REVERSES** the final decision of the Commissioner and **REMANDS** the case for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED**.

Dated this 26th day of August, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE